UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CARDINAL SQUARE, LLC | ) | Case No. 3:18-CV-00423-CHB |
| | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| ENVELOP GROUP, LLC, ET AL | ) | |
| | ) | |
| DEFENDANTS | ) | |

## DEFENDANT'S, LG ELECTRONICS U.S.A., INC., CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Comes the Defendant, LG Electronics U.S.A., Inc., by counsel, and in compliance with Federal Rule of Civil Procedure 7.1 states that LG Electronics U.S.A., Inc. is a is a privately held company and is owned 100% by its parent company, LG Electronics, Inc. (a Korean corporation).

Respectfully Submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com
           *~ and ~*
MAXWELL D. SMITH
WARD, HOCKER & THORNTON, PLLC
Vine Center, Suite 1100
333 West Vine Street
Lexington, Kentucky 40507
(859) 422-6000
(859) 422-6001 (Fax)
Max.Smith@whtlaw.com
*Counsel for Defendant*
*LG Electronics U.S.A., Inc.*

**CERTIFICATE**

I hereby certify that on the 5th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail.

I further certify that a copy of the foregoing document and Notice of Electronic Filing, properly addressed and postage pre-paid, was deposited in the United States Mail to:

Jonathan H. Matthews
Gaddis & Matthews PLLC
1800 Stevens Avenue
Louisville, Kentucky 40205
(502) 805-2303
jon@gaddismatthews.com
*Counsel for Plaintiff*
*Cardinal Square, LLC*

Matthew McCubbins
Faegre Baker Daniels, LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
(260) 460-1714
matt.mccubbins@faegrebd.com
*Counsel for Defendants*
*Envelop Group, LLC,*
*Validated Custom Solutions, LLC and*
*Open Control Systems, LLC*

> */s/ Gene F. Zipperle, Jr.*
> *Counsel for Defendant*
> *LG Electronics U.S.A., Inc.*