UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| CARDINAL SQUARE, LLC., | ) | Case No.: 3:18-cv-00423-CHB |
|  | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) |  |
| v. | ) |  |
| ENVELOP GROUP, LLC, ET AL., | ) |  |
| DEFENDANTS. | ) |  |

### CARDINAL SQUARE, LLC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes Plaintiff Cardinal Square, LLC ("Cardinal Square"), by counsel, respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a second amended complaint, a copy of which is attached hereto.  The new complaint maintains the counts and allegations against the same defendants from the original amended complaint, but seeks to clarify allegations against defendant Envelop Group, LLC based on the Plaintiff's ongoing investigation of the dispute since the original complaint was filed.  In support of this Motion, Cardinal Square submits its Memorandum of Law in Support.

Respectfully submitted,

GADDIS & MATTHEWS PLLC

/s/ Jonathan Matthews
JONATHAN H. MATTHEWS
10345 Linn Station Rd, Ste 300
Louisville, Kentucky 40223
jon@gaddismatthews.com
Phone: 502-805-2303
Fax: 502-805-2304
*Counsel for Plaintiff Cardinal Square, LLC*

**CERTIFICATE OF SEVICE**

      This is to certify that on this 8th day of August, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

MATT MCCUBBINS
Faegre Baker Daniels LLP
110 W. Berry St., Ste. 2400
Fort Wayne, Indiana 46802
Matt.McCubbins@FaegreBD.com
*Counsel for Defendants,*
*Envelop Group, LLC;*
*Validated Custom Solutions, LLC;*
*and Open Control Systems, LLC*


GENE F. ZIPPERLE, JR.
Ward Hocker & Thornton, PLLC
Hurstborne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
GZipperle@whtlaw.com
*Counsel for Defendant,*
*LG Electronics U.S.A., Inc.*


                                          /s/  Jonathan Matthews
                                          *Counsel for Plaintiff*