UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No.  1:18-cv-03351-RLY-DLP |
| v. ) | |
| ) | *Electronically Filed* |
| ENVELOP GROUP, LLC, ) | |
| VALIDATED CUSTOM SOLUTIONS, LLC, ) | |
| OPEN CONTROL SYSTEMS, LLC, ) | |
| LG ELECTRONICS USA, INC., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |
| ) | |
| OPEN CONTROL SYSTEMS, LLC, ) | |
| ) | |
| COUNTERCLAIM PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| CARDINAL SQUARE, LLC, ) | |
| ) | |
| COUNTERCLAIM DEFENDANT. ) | |

**ENVELOP'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant, Envelop Group, LLC ("Envelop"), moves the Court for an order dismissing Plaintiff's Second Amended Complaint against Envelop for failure to state a claim upon which relief can be granted.  In support of this Motion, Envelop submits its Memorandum in Support and further states:

1. Plaintiff's fraud claims against Envelop are not pleaded with particularity;

2. Plaintiff's fraud claims against Envelop are based on future promises that are not actionable; and

3. Plaintiff's conclusory recitations of the elements of an "alter ego" claim and

1

allegations of "ownership and control" are insufficient to pierce the corporate veil.

WHEREFORE, Defendant, Envelop Group, LLC, respectfully moves for an order of dismissal.

Respectfully Submitted,

FAEGRE BAKER DANIELS LLP

/s/  Matt McCubbins
Mark A. Voigtmann (#15870-49)
Matt McCubbins (#28298-31)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Ph: (317) 237-0300
mark.voigtmann@faegrebd.com
matt.mccubbins@faegrebd.com

*Counsel to Defendant,*
*Envelop Group, LLC.*

## Certificate of Service

I hereby certify that on April 18, 2019, a copy of the foregoing was electronically filed via the CM/ECF System, which will be served on all parties of record in the case by electronic mail.

/s/  Matt McCubbins