UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 1:18-cv-03351-RLY-DLP |
| v. ) | |
| ) | *Electronically Filed* |
| ENVELOP GROUP, LLC, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

Motion having been made by Defendant, Envelop Group, LLC, for an order dismissing Plaintiff's Second Amended Complaint against it for failure to state a claim upon which relief can be granted, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Envelop Group, LLC's motion is GRANTED and it is hereby dismissed from this action.