UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03351-RLY-DLP |
| | ) |
| ENVELOP GROUP, LLC, | ) |
| VALIDATED CUSTOM SOLUTIONS, LLC, | ) |
| OPEN CONTROL SYSTEMS, LLC, | ) |
| LG ELECTRONICS USA, INC., | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

The court **SETS** this matter for a final pretrial conference on **APRIL 9, 2020 at 3:00 p.m.** Counsel for parties are ordered to appear before the Honorable Richard L. Young, in room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204. This matter is also set for trial by jury on **APRIL 20, 2020** at 9:00 a.m. in room 349. The court has allotted seven days for this trial.

**SO ORDERED** this 2nd day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record