UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, )<br>)<br>    PLAINTIFF, )<br>)<br>v. )<br>)<br>ENVELOP GROUP, LLC, )<br>VALIDATED CUSTOM SOLUTIONS, LLC, )<br>OPEN CONTROL SYSTEMS, LLC, and )<br>LG ELECTRONICS USA, INC., )<br>)<br>    DEFENDANTS. )<br>_____)<br>)<br>OPEN CONTROL SYSTEMS, LLC, )<br>)<br>    COUNTERCLAIM PLAINTIFF, )<br>)<br>v. )<br>)<br>CARDINAL SQUARE, LLC, )<br>)<br>    COUNTERCLAIM DEFENDANT. ) | Case No.  1:18-cv-03351-RLY-DLP<br><br>*Electronically Filed* |

**MOTION ON BEHALF OF DEFENDANTS ENVELOP, VCS, AND OCS
TO CONTINUE THE SETTLEMENT CONFERENCE SCHEDULED FOR JULY 2, 2019**

Defendants, Envelop Group, LLC ("Envelop"), Validated Custom Solutions, LLC ("VCS"), and Open Control Systems, LLC ("OCS)(collectively hereinafter, the "Movants"), respectfully move the Court for an order continuing the Settlement Conference with The Honorable Doris L. Pryor, United States Magistrate Judge, scheduled for Tuesday, July 2, 2019. In support of this Motion, the Movants and their undersigned counsel state as follows:

The Tuesday, July 2nd settlement conference is two days before the Fourth of July Holiday. In addition to multiple party representatives for the Movants, there are three carrier representatives involved with this case.  Due to previously scheduled travel and vacation plans, several of the

1

interested parties currently are unable to attend the July 2nd conference. Therefore, the Movants respectfully ask the Court for a short continuance of the settlement conference to the week beginning on Monday, July 8th or Monday, July 15th.

WHEREFORE, Defendants, Envelop Group, LLC, Validated Custom Solutions, LLC, and Open Control Systems, LLC, respectfully move for this order of continuance.

Respectfully Submitted,

FAEGRE BAKER DANIELS LLP

/s/ Matt McCubbins
Mark A. Voigtmann (#15870-49)
Matt McCubbins (#28298-31)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Ph: (317) 237-0300
mark.voigtmann@faegrebd.com
matt.mccubbins@faegrebd.com

*Counsel to Defendants,
Envelop Group, LLC;
Open Control Systems, LLC; and
Validated Custom Solutions, LLC*

**Certificate of Service**

I hereby certify that on May 10, 2019, a copy of the foregoing was electronically filed via the CM/ECF System, which will be served on all parties of record in the case by electronic mail.

/s/ Matt McCubbins