UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-03351-RLY-DLP |
| | ) |
| ENVELOP GROUP, LLC; | ) |
| VALIDATED CUSTOM SOLUTIONS, LLC; | ) |
| OPEN CONTROL SYSTEMS, LLC; | ) |
| LG ELECTRONICS USA, INC.; | ) |
| LG ELECTRONICS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| OPEN CONTROL SYSTEMS, LLC; | ) |
| OPEN CONTROL SYSTEMS, LLC, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| CARDINAL SQUARE, LLC; | ) |
| CARDINAL SQUARE, LLC, | ) |
| | ) |
| Counter Defendants. | ) |
| | ) |
| LG ELECTRONICS USA, INC., | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARRAS-SZANY-KUHN & ASSOCIATES, | ) |
| INC.; | ) |
| EPIC CONSULTANTS, INC.; | ) |
| WHITTENBERG CONSTRUCTION COMPANY; | ) |
| ENVIRO-MAX INC.; | ) |
| LEHMAN'S, INC., | ) |
| | ) |
| Third Party Defendants. | ) |

## NOTICE OF INITIAL ENLARGEMENT OF TIME TO ANSWER, OR OTHERWISE PLEAD

Pursuant to Local Rule 6-1(b), Third Party Defendant, Epic Consultants, Inc., hereby notifies the Court of its initial extension of time within which to respond to Defendant/Third Party Plaintiff, LG Electronics U.S.A., Inc.'s, Third Party Complaint. In support of its Notice, Third Party Defendant, Epic Consultants, Inc., states as follows:

1. Local Rule 6-1(b) states that "[t]he deadline for filing a response to a pleading or to any written request for discovery or admissions will automatically be extended upon filing a notice of the extension with the court that states: (1) the deadline has not been previously extended; (2) the extension is for 28 or fewer days; (3) the extension does not interfere with the Case Management Plan, scheduled hearings, or other case deadlines; (4) the original deadline and extended deadline; (5) that all opposing counsel the filing attorney could reach agreed to the extension. . ."

2. Defendant/Third Party Plaintiff's Third Party Complaint was served on Third Party Defendant, Epic Consultants, Inc., on February 7, 2020. Epic Consultants Inc.'s original answer deadline is February 28, 2020.

3. Epic Consultants Inc. requires an additional 28 days to investigate the matter and file its Answer or other responsive pleading.

4. Epic Consultants, Inc.'s deadline to respond to the Third Party Complaint has not been previously extended, and the new deadline does not interfere with any scheduled hearings or other deadline, as no Case Management Order has been established in this case.

5. The enlargement of time to Answer noticed herein will be for 28 days, or up to and including March 27, 2020.

6. Counsel for Third Party Defendant, Epic Consultants, Inc., has conferred with Defendant/Third Party Plaintiff's counsel, LG Electronics, and LG does not object to this enlargement.

Accordingly, Third Party Defendant, Epic Consultants, Inc., herein provides notice that their response to Defendant/Third Party Plaintiff's Third Party Complaint is now due on or before March 27, 2020.

Respectfully submitted,

*/s/ Logan C. Hughes*
Logan C. Hughes (#24953-53)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-853-7367
F: 317-228-0943
lhughes@reminger.com
*Counsel for Third Party Defendant, Epic Consultants, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of February, 2020, I have caused a copy of the foregoing to electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Jonathan H. Matthews
Parker M. Wornall *(PHV)*
COMMONWEALTH COUNSEL GROUP, LLC
jon@ccgattorneys.com
parker@ccgattorneys.com
*(Counsel for Plaintiff, Cardinal Square, LLC)*

Sean W. Shirley *(PHV)*
J. Russ Campbell *(PHV)*
Ryan M. Hodinka *(PHV)*
BALCH & BINGHAM LLP
sshirley@balch.com
rcampbell@balch.com
rhodinka@balch.com
*(Counsel for Plaintiff/Counter Defendant, Cardinal Square, LLC)*

Mark A. Voigtmann
Matt McCubbins
FAEGRE BAKER DANIELS LLP
Mark.Voigtmann@FaegreBD.com
Matt.McCubbins@FaegreBD.com
*(Counsel for Defendants, Envelop Group, LLC; Validated Custom Solutions, LLC; and Open Control Systems, LLC)*

Alexander M. Andrews
Frederic X. Shadley
ULMER AND BERNE, LLP
aandrews@ulmer.com
fshadley@ulmer.com
*(Counsel for Defendant/Third Party Plaintiff, LG Electronics U.S.A., Inc.)*

Mark R. McKinney
McKINNEY & MALAPIT, PC
mark@mandmlegal.com
*(Counsel for Third Party Defendant, Lehman's, Inc.)*

                                      */s/ Logan C. Hughes*
                                      Logan C. Hughes (#24953-53)
                                      **REMINGER CO., L.P.A.**